UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL JOSEPH ROTONDO,

               Plaintiff,

    -v-                                                         5:17-cv-522
                                                                 (DNH/DEP)

BEST BUY STORES LLC,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

MICHAEL JOSEPH ROTONDO
Plaintiff pro se
408 Weatheridge Drive
Camillus, New York 13031

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Michael Joseph Rotondo brought this employment discrimination action pursuant to 42 U.S.C. § 2000e et seq. On June 2, 2017, the Honorable David E. Peebles, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed but that he be granted leave to file an amended complaint. Plaintiff timely filed an objection to the Report-Recommendation, and though premature and prior to the adoption or rejection of the Report-Recommendation by the undersigned, also filed an amended complaint.

      Based upon a de novo review of the portions of the Report-Recommendation to which

plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1). In accordance with the same, this matter is referred back to Magistrate Judge Peebles for review of plaintiff's amended complaint.

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED; and

2. The file is referred back to Magistrate Judge Peebles for review of plaintiff's amended complaint.

IT IS SO ORDERED.

_____
United States District Judge

Dated: July 5, 2017
       Utica, New York.